# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Jake Retail Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **DBA Jake** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **26-4106388** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **939 N. Rush St.** **Chicago, IL** ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **939 N. Rush St.** **Chicago, IL 60611** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** *** Joseph A. Baldi 00100145 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jake Retail Group, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| :--- | :--- |
| *(This page must be completed and filed in every case)* | **Jake Retail Group, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| :--- | :--- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Joseph A. Baldi**
Signature of Attorney for Debtor(s)

**Joseph A. Baldi  00100145**
Printed Name of Attorney for Debtor(s)

**Joseph A. Baldi & Associates, P.C.**
Firm Name

**19 South LaSalle Street
Suite 1500
Chicago, IL 60603**
Address

**Email: jabaldi@ameritech.net
312-726-8150  Fax: 312-332-4629**
Telephone Number

**March  2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James Wetzel**
Signature of Authorized Individual

**James Wetzel**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**March  2, 2010**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Jake Retail Group, LLC**                                          Case No.
                          Debtor(s)                                       Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 5p1t<br>5526 N. Winthrop Ave, 2N<br>Attention: Daryl Sneed<br>Chicago, IL 60640 | Attn: Daryl Sneed<br>5p1t<br>5526 N. Winthrop Ave, 2N<br>Chicago, IL 60640 | Trade Debt | | 19,345.00 |
| Aeffe Usa Inc.<br>30 West 56th Street<br>New York, NY 10019 | Aeffe Usa Inc.<br>30 West 56th Street<br>New York, NY 10019 | Trade Debt | | 20,875.00 |
| Barton Perreira<br>9975 Muirland Blvd<br>Irvine, CA 92618 | Barton Perreira<br>9975 Muirland Blvd<br>Irvine, CA 92618 | Trade Debt | | 7,796.24 |
| BCBSIL<br>P.O. Box 1186<br>Chicago, IL 60690-1186 | BCBSIL<br>P.O. Box 1186<br>Chicago, IL 60690-1186 | Employee health insurance | | 6,204.00 |
| Denim & Thread<br>6050 Rickenbacker Road<br>c/o Bergen Shippers West<br>Commerce, CA 90040 | c/o Bergen Shippers West<br>Denim & Thread<br>6050 Rickenbacker Road<br>Commerce, CA 90040 | Trade Debt | | 4,989.14 |
| Eva Franco<br>731 S. Spring St., Suite 500<br>Los Angeles, CA 90014 | Eva Franco<br>731 S. Spring St., Suite 500<br>Los Angeles, CA 90014 | Trade Debt | | 13,775.00 |
| Grace Sun<br>211 North End Ave., #17E<br>New York, NY 10282 | Grace Sun<br>211 North End Ave., #17E<br>New York, NY 10282 | Trade Debt | | 5,071.00 |
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W. Randolph Street<br>Chicago, IL 60606 | Bankruptcy Section Level 7-425<br>Illinois Department of Revenue<br>100 W. Randolph Street<br>Chicago, IL 60606 | Illinois Retailer Tax | | 60,000.00 |
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn<br>Chicago, IL 60604 | Mail Stop 5010 CHI<br>Internal Revenue Service<br>230 S. Dearborn<br>Chicago, IL 60604 | 2009 Payroll Tax | | 40,000.00 |
| Jay Godfrey<br>PO Box 1036<br>Charlotte, NC 28201-1036 | Jay Godfrey<br>PO Box 1036<br>Charlotte, NC 28201-1036 | Trade Debt | | 16,770.55 |

B4 (Official Form 4) (12/07) - Cont.

In re **Jake Retail Group, LLC**     Case No. _____
            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Lavande<br>340 Royal Poinciana Way<br>Suite 332<br>Palm Beach, FL 33480 | Lavande<br>340 Royal Poinciana Way, Suite 332<br>Palm Beach, FL 33480 | Trade Debt | | 9,110.00 |
| Lori Leavitt<br>2448 Suffolk Ln.<br>Pepper Pike, OH 44124 | Lori Leavitt<br>2448 Suffolk Ln.<br>Pepper Pike, OH 44124 | Trade Debt | | 7,200.00 |
| Lutz & Patmos<br>425 West 13th Street<br>Suite 406<br>New York, NY 10014 | Lutz & Patmos<br>425 West 13th Street, Suite 406<br>New York, NY 10014 | Trade Debt | | 11,142.02 |
| Nice Collective<br>2544 3rd Street<br>San Francisco, CA 94107 | Nice Collective<br>2544 3rd Street<br>San Francisco, CA 94107 | Trade Debt | | 10,356.00 |
| Patrik Ervell<br>35 Howard Street, #4B<br>New York, NY 10013 | Patrik Ervell<br>35 Howard Street, #4B<br>New York, NY 10013 | Trade Debt | | 4,907.00 |
| Ports<br>601 W. 26 Street<br>Suite 875<br>New York, NY 10001 | Ports<br>601 W. 26 Street, Suite 875<br>New York, NY 10001 | Trade Debt | | 5,884.00 |
| Torn<br>P.O. Box 403058<br>Atlanta, GA 30384-3058 | Torn<br>P.O. Box 403058<br>Atlanta, GA 30384-3058 | Trade Debt | | 6,671.00 |
| Touch<br>2186 Drury Lane<br>Northfield, IL 60093 | Touch<br>2186 Drury Lane<br>Northfield, IL 60093 | Trade Debt | | 9,430.00 |
| Tt a Division of Topson Downs<br>3545 Motor Ave.<br>Los Angeles, CA 90034 | Tt a Division of Topson Downs<br>3545 Motor Ave.<br>Los Angeles, CA 90034 | Trade Debt | | 5,171.00 |
| Yigal Azrouel<br>225 W. 39th St.<br>7th Floor<br>New York, NY 10018 | Yigal Azrouel<br>225 W. 39th St., 7th Floor<br>New York, NY 10018 | Trade Debt | | 9,882.58 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Jake Retail Group, LLC**                                    Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 2, 2010**                Signature  **/s/ James Wetzel**
                                                   **James Wetzel**
                                                   **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

```
5p1t
5526 N. Winthrop Ave, 2N
Attention: Daryl Sneed
Chicago, IL 60640


A Peace Treaty
42 W. 72nd St., #6H
New York, NY 10023


Advanced Retail Management Systems
8100 Southpark Way, Unit A-10
Littleton, CO 80120


Aeffe Usa Inc.
30 West 56th Street
New York, NY 10019


Agga B
2637 W Homer #2
Chicago, IL 60647


Alert565
3833 N. Cicero Ave.
Alert Protective Services, Inc.
Chicago, IL 60641-3623


Alert939
3833 N. Cicero Ave.
Chicago, IL 60641-3623


Anatomie
600 NE 36th Street, Suite 1623
Miami, FL 33137


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


AT&T939
P.O. Box 8100
Aurora, IL 60507-8100


Band of Outsiders
1109 N. El Centro Ave.
Los Angeles, CA 90038
```

Barton Perreira
9975 Muirland Blvd
Irvine, CA 92618


BCBSIL
P.O. Box 1186
Chicago, IL 60690-1186


Belcorp Financial Services
120 E Ogden Ave #124
Hinsdale, IL 60521


Breadandbutter Designs Inc.
155 W. Washington Blvd., Suite 1010
Los Angeles, CA 90015


Butterfly Zebra
110 E. 9th Street, Suite B-535
Los Angeles, CA 90079


C.R.A.F.T
Teilenstr.1, 6890
Lustenau, Austria


CC Skye, Inc.
1438 9th Street
Santa Monica, CA 90401


Christopher Deane
344 Grand Street
Brooklyn, NY 11211


Citizens of Humanity
5715 Bickett Street
Huntington Park, CA 90255


ComEd939
Bill Payment Center
ComEd
Chicago, IL 60668-0001


Company of We
20 Pine Street, Suite 2103
New York, NY 10005

```
Craig Robinson
311 Church Street #2A
c/o Timothy Heenan Showroom
New York, NY 10013


Degaine
1525 S. Broadway
Los Angeles, CA 90015


Denim & Thread
6050 Rickenbacker Road
c/o Bergen Shippers West
Commerce, CA 90040


Elijah
132 West 36th Street, 11th Floor
WORLDWIDE MARKETING
New York, NY 10018


Emma, Inc.
2120 8th Avenue S.
Nashville, TN 37204


Erin Kleinberg
102 Baynards Lane
Richmond Hill
Ontario, CANADA L4C987


Eva Franco
731 S. Spring St., Suite 500
Los Angeles, CA 90014


Fallon
185 Grand St., 3rd Floor
New York, NY 10013


FedEx
PO BOX 94515
Palatine, IL 60094-4515


Felix Rey
611 Broadway, Suite 828
New York, NY 10012
```

```
Fort Dearborn Life Insurance Co.
36788 Eagle Way
Chicago, IL 60678-1367


Fremont
120 W. 4th St.
Los Angeles, CA 90013


Genetic Denim
1013 S. Los Angeles St., 9th Floor
Los Angeles, CA 90015


Grace Sun
211 North End Ave., #17E
New York, NY 10282


H Fredriksson
151 Kent Ave., #203
Brooklyn, NY 11211


Habitual
13344 S. Main St.
Suite B
Los Angeles, CA 90061


Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60606


Imaginary People
1658 N. Milwaukee Ave., Suite 264
Chicago, IL 60647


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn
Chicago, IL 60604
```

J Brand
1201 East Washington Blvd.
Los Angeles, CA 90021


J. Loren Collection
84 Sylvester Street
Westbury, NY 11590


James Wetzel
4455 N Richmond Street
Chicago, IL 60625


Jay Godfrey
PO Box 1036
Charlotte, NC 28201-1036


Jenni Kayne
1944 S. Cotner Ave.
West Los Angeles, CA 90025


JLee Silver
225 W. Hubbard
Suite 600
Chicago, IL 60654


Keith Lissner
700 Nicholas Blvd
Suite 404
Elk Grove Village, IL 60007


Lance Lawson
4455 N Richmond Street
Chicago, IL 60625


Lavande
340 Royal Poinciana Way
Suite 332
Palm Beach, FL 33480


Lia Kes
325 W. 38th St., Suite 402
New York, NY 10018

```
Lori Leavitt
2448 Suffolk Ln.
Pepper Pike, OH 44124


LOVA
333 Washington Blvd., #146
Marina Del Rey, CA 90292


Love Tanjane
P.O. Box 509
Richfield, OH 44286


Lutz & Patmos
425 West 13th Street
Suite 406
New York, NY 10014


Made Her Think
195 Chrystie St.
Suite 301-7
New York, NY 10002


MegaBlue LLC
19 Cotters Lane
East Brunswick, NJ 08816


Mike & Chris
818 S. Broadway, M Level
Green Mochi Attn: Stella
Los Angeles, CA 90014


Minnie Mortimer
7140 Westridge Road
Los Angeles, CA 90049


Monrow
1404 S. Main St., #C
Los Angeles, CA 90015


Motif56, Inc.
163 Pacific St.
Brooklyn, NY 11201
```

```
Mulberry
125 Enterprise Ave. South
c/o Presidio
Secaucus, NJ 07094


Nice Collective
2544 3rd Street
San Francisco, CA 94107


Opening Ceremony
10 Greene Street
New York, NY 10013


Otrera
216 W. 30th St.
New York, NY 10001


Pamela Cohen
1235 Longmeadow Lane
Glencoe, IL 60022


Patrik Ervell
35 Howard Street, #4B
New York, NY 10013


Peoples Energy939
Chicago
Chicago, IL 60687-0001


Pioneer Press
P.O. Box
Carol Stream, IL 60188


Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042


Ports
601 W. 26 Street
Suite 875
New York, NY 10001


Protea
480 14th Street, Studio 1
San Francisco, CA 94103
```

```
Purchase Power
P.O. Box 856042
Louisville, KY 40285


RaMona LaRue
225 W. 35th St.
NY, NY 10001


Rebecca Minkoff LLC
33 W. 17th Street
9th Floor
New York, NY 10011


Sally Tseng
340 W. 39th St., Suite 518
New York, NY 10018


San & Soni
250 Gorge Road, #20B
Cliffside Park, NJ 07010


Sea, New York
324 Canal St., Floor 5
New York, NY 10013


Shades of Griege
15920 Arminta Street
Van Nuys, CA 91406


Shawlsmith London
6511 Creedmoor Road, Suite 204
Raleigh, NC 27613-1687


Sheila Elaine
475 Engle Street
Englewood, NJ 07631


Shift4 Corporation
1491 Center Crossing Road
Las Vegas, NV 89144


Sir Alistair Rai, LLC
252 S. El Dorado Circle
Mesa, AZ 85202
```

```
Sissi Rossi
Via Filippo Argelati 1/A
Milan, Italy 20143


Starship/Rockstar
600 University St., Suite 2328
Seattle, WA 98101


Sunshine and Shadow, Inc.
4810 Airport Way South
Unit B
Seattle, WA 98108


Susana Galanis
400 East 56th Street
Turn Vinage
New York, NY 10022


Tart
179 Mason Circle
Concord, CA 94520


Tissu
7300 Westside Ave
North Bergen, NJ 07047


Torn
P.O. Box 403058
Atlanta, GA 30384-3058


Touch
2186 Drury Lane
Northfield, IL 60093


Tt a Division of Topson Downs
3545 Motor Ave.
Los Angeles, CA 90034


Unis
116 Elizabeth St. # 3B
New York, NY 10013
```

```
Village of Winnetka
510 Greenbay Road
Attn: Utility Billing
Winnetka, IL 60093


Vintage 1
3715 Market Street
Suite 16
Glendale, CA 91208


Vintage 5
841 Greenwood
Glencoe, IL 60022


Waste Management
PO Box 9001054
Louisville, KY 40290-1054


Yigal Azrouel
225 W. 39th St.
7th Floor
New York, NY 10018
```