IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 10 B 08834 |
| Jake Retail Group, LLC | ) | Hon. John H. Squires |
| | ) | |
| Debtor. | ) | |

### Final Report of Jake Retail Group, LLC

Jake Retail Group, LLC submits the following report concerning the status of the Chapter 11 case prior to the conversion to Chapter 7:

1. The fees due to the Office of the United States Trustee have not been paid.
2. All assets of the Debtor are located in a storage unit and the key will be turned over to the Chapter 7 trustee on or before May 26, 2010.
3. All expenses incurred during the chapter 11, with the exception of the creditors listed on the Schedule of unpaid debts attached hereto, have been paid.
4. No moneys remain in bank accounts.
5. Debtor will turn over its accounting records to the Chapter 7 Trustee on or before May 26, 2010.

Jake Retail Group, LLC

By: _____
James Wetzel, Manager

Joseph A. Baldi (ARDC# 0100145)
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street
Suite 1500
Chicago, Illinois 60603